An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH D. SISCO,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
DAVID A. HARDY, DISTRICT JUDGE,
Respondents,
and
F. DEARMOND SHARP, ESQ., AN
INDIVIDUAL; ROBISON
BELAUSTEGUI SHARP & LOW, A
NEVADA PROFESSIONAL
CORPORATION; AND CHRIS D.
NICHOLS, ESQ., AN INDIVIDUAL,
Real Parties in Interest.

No. 64475

FILED

JUL 3 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order imposing sanctions against petitioner.

A writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of prohibition may be warranted when the district court exceeds its jurisdiction. NRS 34.320. Either writ is an extraordinary remedy, and whether such a writ will be considered is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Moreover, it is petitioner's burden to

SUPREME COURT
OF
NEVADA

(O) 1947A

14-25053

demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the parties' arguments, we are not persuaded that our intervention is warranted. *Smith*, 107 Nev. at 677, 679, 818 P.2d at 851, 853; *Pan*, 120 Nev. at 228, 88 P.3d at 844. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                    Hardesty

_____, J.        _____, J.
Parraguirre                                 Douglas

_____, J.        _____, J.
Cherry                                        Saitta

cc:     Hon. David A. Hardy, District Judge
        Kenneth Dale Sisco
        Robison Belaustegui Sharp & Low
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A